1  Karen H. Kahn, SBN 98404
   Scott A. Brown, SBN 177099
2  David M. Poore, SBN 192541
   KAHN BROWN & POORE LLP
3  2200 Powell Street, Suite 745
   Emeryville, California 94608
4  Telephone: (510) 923-6280
   Facsimile: (510) 923-6285
5
   Attorneys for Plaintiff
6  KIMMIE DAO

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

9  KIMMIE DAO,                                   Case No. C 04 2257 JCS

10          Plaintiff,                           STIPULATION FOR DISMISSAL

11  v.

12  UNIVERSITY OF CALIFORNIA
    BERKELEY, JOHN ELLIS, WINNIE NG,
13  AND DOES 3 through 50, inclusive,

14          Defendant.

15

16  IT IS HEREBY STIPULATED by and between parties to this action and their designated

17  counsel that the above-captioned action be and hereby is dismissed with prejudice, pursuant to

18  FRCP 41 (a) (1). Each party to bear its own attorney fees and costs.

19  Dated: August 26, 2005

20                                               KAHN BROWN & POORE LLP

21  _____                      _____
22  Plaintiff Kimmie Dao                         David M. Poore
                                                 Attorneys for Plaintiff
23
                                                 GORDON & REES LLP
24                                               _____
25  _____                      Michael A. Laurenson
    Defendant Regents of the University          Attorneys for Defendant
26  of California

27  _____                      _____
    Defendant John Ellis                         Defendant Winnie Ng
28

-1-
STIPULATION FOR DISMISSAL

UCR\1013897\821106.1

Karen H. Kahn, SBN 98404
Scott A. Brown, SBN 177099
David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
2200 Powell Street, Suite 745
Emeryville, California 94608
Telephone: (510) 923-6280
Facsimile: (510) 923-6285

Attorneys for Plaintiff
KIMMIE DAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMMIE DAO,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF CALIFORNIA BERKELEY, JOHN ELLIS, WINNIE NG, AND DOES 3 through 50, inclusive,<br><br>Defendant. | Case No. C 04 2257 JCS<br><br>STIPULATION FOR DISMISSAL |

IT IS HEREBY STIPULATED by and between parties to this action and their designated counsel that the above-captioned action be and hereby is dismissed with prejudice, pursuant to FRCP 41 (a) (1). Each party to bear its own attorney fees and costs.

Dated: August 26, 2005

_____
Plaintiff Kimmie Dao

KAHN BROWN & POORE LLP

_____
David M. Poore
Attorneys for Plaintiff

GORDON & REES LLP

_____
Defendant Regents of the University
of California

Michael A. Laurenson
Attorneys for Defendant

_____
Defendant John Ellis

_____
Defendant Winnie Ng

-1-
STIPULATION FOR DISMISSAL

TOTAL P.01
08/26/2005  17:40  5109236285          KBP LAW                           PAGE  02/02

1  Karen H. Kahn, SBN 98404
   Scott A. Brown, SBN 177099
2  David M. Poore, SBN 192541
   KAHN BROWN & POORE LLP
3  2200 Powell Street, Suite 745
   Emeryville, California 94608
4  Telephone: (510) 923-6280
   Facsimile: (510) 923-6285
5
   Attorneys for Plaintiff
6  KIMMIE DAO

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9  KIMMIE DAO,                              Case No. C 04 2257 JCS

10         Plaintiff,                       STIPULATION FOR DISMISSAL

11  v.

12  UNIVERSITY OF CALIFORNIA
    BERKELEY, JOHN ELLIS, WINNIE NG,
13  AND DOES 3 through 50, inclusive,

14         Defendant.

15

16         IT IS HEREBY STIPULATED by and between parties to this action and their designated

17  counsel that the above-captioned action be and hereby is dismissed with prejudice, pursuant to

18  FRCP 41 (a) (1). Each party to bear its own attorney fees and costs.

19  Dated: August 26, 2005

20                                           KAHN BROWN & POORE LLP
21  _____              _____
22  Plaintiff Kimmie Dao                     David M. Poore
                                             Attorneys for Plaintiff
23
                                             GORDON & REES LLP
24

25  Defendant Regents of the University      Michael A. Laurenson
    of California                            Attorneys for Defendant
26

27  _____              _____
    Defendant John Ellis                     Defendant Winnie Ng
28

-1-
STIPULATION FOR DISMISSAL

```
 1  Karen H. Kahn, SBN 98404
    Scott A. Brown, SBN 177099
 2  David M. Poore, SBN 192541
    KAHN BROWN & POORE LLP
 3  2200 Powell Street, Suite 745
    Emeryville, California 94608
 4  Telephone: (510) 923-6280
    Facsimile:  (510) 923-6285
 5
    Attorneys for Plaintiff
 6  KIMMIE DAO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMMIE DAO,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF CALIFORNIA BERKELEY, JOHN ELLIS, WINNIE NG, AND DOES 3 through 50, inclusive,<br><br>Defendant. | Case No. C 04 2257 JCS<br><br>STIPULATION FOR DISMISSAL |

IT IS HEREBY STIPULATED by and between parties to this action and their designated counsel that the above-captioned action be and hereby is dismissed with prejudice, pursuant to FRCP 41 (a) (1). Each party to bear its own attorney fees and costs.

Dated: August 26, 2005

_____
Plaintiff Kimmie Dao

_____
Defendant Regents of the University
of California

_____
Defendant John Ellis

KAHN BROWN & POORE LLP

_____
David M. Poore
Attorneys for Plaintiff

GORDON & REES LLP

_____
Michael A. Laurenson
Attorneys for Defendant Winnie Ng

Dated: Aug. 30, 2005

IT IS SO ORDERED
Judge Joseph C. Spero

-1-
STIPULATION FOR DISMISSAL